IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. CR2-10-0050
JUDGE JOHN D. HOLSCHUH

ROBERT CHRISTOPHER SCHMIDT

## ORDER OF TRANSFER

This case is hereby transferred from the docket of Judge John D. Holschuh to the docket of Judge Edmund A. Sargus, Jr.

**IT IS SO ORDERED.**

1-27-2011

EDMUND A. SARGUS, JR.
**United States District Judge**